# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CHARLES L. PARRISH & LOUISE PARRISH  Case Number: 05-74784
310 SEVENTH ST. #618  SSN-xxx-xx-5271 & xxx-xx-2271
ROCKFORD, IL  61104

Case filed on: 9/13/2005
Plan Confirmed on: 11/18/2005

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $1,875.00   Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 998.38 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 998.38 | 0.00 |
| 007 | SHAPIRO & KREISMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF HUMAN SERVICES | 1,689.62 | 1,689.62 | 601.15 | 0.00 |
|  | Total Priority | 1,689.62 | 1,689.62 | 601.15 | 0.00 |
| 999 | CHARLES L. PARRISH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | UNITED CONSUMER FINANCIAL SERVICES | 1,690.49 | 1,690.49 | 0.00 | 0.00 |
| 003 | CAPITAL ONE | 479.78 | 479.78 | 0.00 | 0.00 |
| 004 | CLOVIS & ROCHE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | MUTUAL MANAGEMENT SERVICES | 2,135.16 | 2,135.16 | 0.00 | 0.00 |
| 006 | NICOR GAS | 793.67 | 793.67 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 376.37 | 376.37 | 0.00 | 0.00 |
| 009 | ROCKFORD MERCANTILE AGENCY INC | 1,177.77 | 1,177.77 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 980.28 | 980.28 | 0.00 | 0.00 |
|  | Total Unsecured | 7,633.52 | 7,633.52 | 0.00 | 0.00 |
|  | Grand Total: | 10,687.14 | 10,687.14 | 1,763.53 | 0.00 |

Total Paid Claimant:     $1,763.53
Trustee Allowance:       $111.47
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008     By  /s/Heather M. Fagan